No. 7,415.—E. W. RICHTMEYER, RESPONDENT, v. MINNE-
SOTA PETROLEUM CO. ET AL., APPELLANTS.

Decided September 16, 1935.

PER CURIAM.—Counsel for appellants having filed in this
court their praecipe of dismissal of the above-entitled cause on
the ground that it has been fully settled, it is ordered that the
appeal be, and the same is hereby, dismissed.

*Mr. E. K. Cheadle, Jr., Mr. S. C. Ford* and *Mr. W. M. Black,*
for Appellants.

*Mr. Henry J. McClernan,* for Respondent.

No. 7,474.—THE W. T. RAWLEIGH CO., RESPONDENT, v.
FRED G. PASCOE ET AL., APPELLANTS.

Decided November 18, 1935.

PER CURIAM.—The parties hereto having settled the con-
troversy and stipulated that the appeal herein may be dis-
missed, it is ordered that it be dismissed.

*Mr. W. E. Keeley,* for Appellants.

*Mr. Charles E. Avery,* for Respondent.